IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN PINDER**                                                               **PLAINTIFF**
ADC #123397

v.                  **CASE NO. 2:20-CV-00201-BSM**

**WELLPATH,** *et al.*                                             **DEFENDANTS**

## AMENDED ORDER

After reviewing the record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 8] is adopted. Steven Pinder's diabetes-related claims are dismissed without prejudice. His orthopedic-related claims are dismissed without prejudice except as to Tracy Bennett and Gary Kerstien. His ulcer-related claims are dismissed without prejudice except as to Kerstien. His glaucoma-related claims are dismissed without prejudice except as to Rory Griffin, Bennett, Kerstien, Wellpath, LLC, Gregory Reichql, and Diamond Pharmacy Services. All other claims are dismissed without prejudice.

James Kelley, Robert Floss, Patrick Drummond, Jorge Doiminicis, and Steve McDonald are dismissed from this action. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of April, 2021.

                                                                                          UNITED STATES DISTRICT JUDGE