# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEVEN PINDER**                                                                                           **PLAINTIFF**
ADC #123397

v.                   **CASE NO. 2:20-CV-00201-BSM**

**WELLPATH,** *et al.*                                                                          **DEFENDANTS**

## ORDER

After reviewing the record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended dispositions [Doc. Nos. 46, 49] are adopted, and Steven Pinder's motions for immediate injunction [Doc. Nos. 44, 47] are denied.

IT IS SO ORDERED this 4th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE