IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN PINDER**                                                                       **PLAINTIFF**
ADC #123397

v.                      **CASE NO. 2:20-CV-00201-BSM**

**WELLPATH,** *et al.*                                                     **DEFENDANTS**

## ORDER

After reviewing the record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 105] is adopted. The Medical Defendants' motion for partial summary judgment [Doc. No. 66] is granted in part and denied in part.

The Medical Defendants' request for Steven Pinder's IFP status to be revoked is granted as to all claims except his claim that Tracy Bennett and Gary Kerstein denied him a double cuff script. Pinder's IFP status in connection with the reminder of his claims is revoked and those claims are dismissed without prejudice subject to him refiling the claims in a separate action upon paying the $402 filing fee. The Medical Defendants' motion for summary judgment on the issue of exhaustion is denied as to Grievances EAM20-01411 and denied as moot as to all other grievances. Accordingly, defendants Rory Griffin, Wellpath LLC, Rechcigl, and Diamond Drugs, Inc. are dismissed. All other motions are denied as moot. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE