# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEVEN PINDER**  **PLAINTIFF**
**ADC #123397**

v.   **CASE NO. 2:20-CV-00201-BSM**

**GARY KERSTEIN and**
**TRACY BENNETT**  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 162] is adopted. The motion for summary judgment filed by Gary Kerstein and Tracy Bennett [Doc. No. 153] is granted and Steven Pinder's lawsuit is dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of September, 2022.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE