IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN PINDER**  **PLAINTIFF**
ADC #123397

v.                           CASE NO. 2:20-CV-00201-BSM

**GARY KERSTEIN and**
**TRACY BENNETT**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE