UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 09, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 22-3050

Steven L. Pinder

Plaintiff - Appellant

v.

WellPath, LLC, originally named as WellPath, also known as Correct Care Solutions LLC; Greg Rechcigl, Health Services Administrator, WellPath (originally named as Gregory Reichql); James Kelley, Health Services Administrator, WellPath; Gary Kerstein, Doctor, WellPath (originally named as Gary Kerstien); Robert Floss, Doctor; Patrick Drummond, APN; Tracy Bennett, APN; Jorge Dominicis, Chief Executive Officer, WellPath; Diamond Drugs Inc., Prescription Drug Provider (originally named as Diamond Pharmacy Services); Steve MacDonald, Optometrist, Mobile Vision Professionals; Rory Griffin, Deputy Director, ADC

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:20-cv-00201-BSM)

**JUDGMENT**

Before LOKEN, KELLY, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 09, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik