IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

STEVEN PINDER                    PLAINTIFF

V                    NO: 2:20-cv-00201

WELLPATH, LLC., et. al.,          DEFENDANTS

PLAINTIFF'S RENEWED
DENIAL OF CONSENT

COMES NOW, Steven Pinder, Plaintiff ("PINDER") here in after, pro-se and through this his renewed denial of consent, states as follows:

1. On October 23, 2020 Pinder filed in this civil action a declaration and denial of consent to allow Magistrate Judge Volpe to preside further over these proceedings. (DE#6).

2. Pinder, pursuant to Fed.R.Civ.P. Rule 10(c), adopts by reference and incoperates

(1)

into this Motion withholding consent.

3. Pinder, Pursuant to 28 U.S.C. §§ 636, and Federal Rules of Civil Procedure Rule 73 withhold consent of allowing the Magistrate judge to hold hearings and trials in this civil case, seeking the U.S. District Judge B.S. Miller conduct all hearings.

4. That a hearing of some sort has been set for October 23, 2024 in this U.S. District Court, and the Magistrate judge has failed to specify what the subject matter of this suit is, (see Pinder's Motion to Clarify reason and subject matter of October 23, 2024 scheduled hearing) so that Pinder can properly prepare demonstrates the prejudice of this Magistrate judge.

5. Pinder renews his withholding of consent to allow this magistrate judge Volpe to conduct any hearings in this civil action.

(2)

WHEREFORE, Steven Pinder request this Court not allow the magistrate judge conduct any hearings in this matter and that any and all hearings be held by U.S. District Judge assigned and any other relief this Court deems appropriate.

EXECUTED THIS 27th DAY OF September 2024.

Respectfully submitted

*Steven Pinder*

STEVEN PINDER
# 123397
P.O. Box 970
Marianna, AR 72360

### CERTIFICATE OF SERVICE

I, Steven Pinder do hereby swear that on this 30th day of September 2024, I have served on the Clerk of this Court a true copy of my Renewed denial of Consent. The clerk shall notify all recipients entitled to notice using the CM/ECF system.

*Steven Pinder*
STEVEN PINDER

(3)

Sept 30, 2024

Steven Pinder
#123397
P.O. Box 970
Marianna, AR 72360-0970

Clerk
U.S. District Court
600 West Capitol Ave., A.149
Little Rock, AR 72201-3325

RE: PINDER v WELLPATH, LLC., et.al.,
   USDC # 2:20-cv-00201

1. Plaintiff's Renewed denial of consent
2. Plaintiff's Renewed Motion to Recuse
3. Plaintiff's Motion to clarify.

Clerk
Please find enclosed the Plaintiff's Motions listed in #1, #2, #3 for filing in the above referenced civil action.

After filing please return to me file marked copy of these filing. Thank you in advance.

Respectfully
Steven Pinder

cc: file                    Enclosures (3)