## CIVIL CASE MINUTES

    **Case Title:**    Steven Pinder v Wellpath, LLC, et al

    **Case Number:** 2:20-cv-00201 BSM-JJV

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of Proceeding: October 23, 2024**

<u>10:28 a.m.</u>

Evidentiary hearing begins.

<u>11:40 a.m.</u>

The parties state their respective positions on the issue of whether Plaintiff's IFP on appeal should be revoked. The Court granted Defendants 21 days to file a post hearing brief and Plaintiff 21 days to respond. Court adjourned.

        **Counsel for Plaintiff:**      **Steven Pinder  (pro se)**

        **Counsel for Defendants:**   **Kynda Almefty**
                                                **Jacob McElroy**
                                                **Rosalyn Middleton**